# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

|  |  |
|---|---|
| DEMETRIUS BENSON, JABRIL MUHAMMAD, and TERRANCE FOSTER, <br><br> Plaintiffs, <br><br> v. <br><br> VAUGHN INDUSTRIES, LLC, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:18-CV-468-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 20]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on March 31, 2020, and Copies To:**

| | |
|---|---|
| Wilson F. Fong | (via CM/ECF electronic notification) |
| David T. Andrews | (via CM/ECF electronic notification) |
| Kerry A. Shad | (via CM/ECF electronic notification) |
| Taylor M. Dewberry | (via CM/ECF electronic notification) |

DATE:  
March 31, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
      Deputy Clerk